UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ESTATE OF JOHN R. DONOVAN, JR.,
deceased; JOHN J. DONOVAN, SR.,
executor,

        Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

        Defendants.

04-10594DPW

MAGISTRATE JUDGE _____

RECEIPT # 54858
AMOUNT $ 150 —
SUMMONS ISSUED ___/___
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE 3-26-04

## COMPLAINT

Plaintiff, for his complaint against defendant, alleges:

1. Plaintiff is the executor of the last will and testament of John R. Donovan, Jr., late of Worcester County, Massachusetts, having been duly appointed as such by Worcester County Probate Court. Plaintiff is now and has been since his appointment the duly qualified and acting executor. Plaintiff is both a resident and citizen of Shrewsbury, Worcester County, Massachusetts. Jurisdiction is conferred on this Court by 28 U.S.C. § 1346 (a)(1).

2. This action is brought for recovery of $191,720.05 erroneously, illegally, and excessively assessed against and

collected from the plaintiff as federal estate tax in respect of the death of John R. Donovan, Jr., together with interest as provided by law.

3. On April 3, 2000, the United States Estate Tax return for the estate of the above-named decedent was filed with the District Director of Internal Revenue at Andover, Massachusetts, and with such filing made no payments, as the return showed no tax to be due. A copy of the return is attached hereto as Exhibit A.

4. The return was audited and, on May 29, 2001, the Commissioner of Internal Revenue mailed a Report of Estate Tax Examination Changes to plaintiff, which showed an increase in tax in the amount of $173,610.99. A copy of the Report of Estate Tax Examination Changes is attached hereto as Exhibit B. The amount of $173,610.99 was paid by plaintiff to defendant. On July 30, 2001, the Commissioner of Internal Revenue billed plaintiff for interest in the amount of $18,109.06, which plaintiff paid to defendant on August 14, 2001. A copy of the July 30, 2001 bill and plaintiff's payments is attached hereto as Exhibit C.

5. On July 31, 2001, plaintiff duly filed with the District Director of Internal Revenue at Andover, Massachusetts, a claim for refund of the sum of $173,610.99 plus interest. A copy of the claim is attached hereto as Exhibit D and by this

reference made a part of this compliant as if fully and completely set out here.

6. On April 15, 2002, the Commissioner of Internal Revenue notified plaintiff that plaintiff's claim for refund was disallowed. A copy of the disallowance is attached hereto as Exhibit E.

7. On May 1, 2002, plaintiff executed a Waiver of Statutory Notification of Claim Disallowance, Form 2297. A copy of such waiver is attached hereto as Exhibit F.

8. The deficiency was based on a determination by the Commissioner of Internal Revenue that the taxable estate of John J. Donovan, Jr. was the sum of $1,206,679.17. This determination is erroneous and excessive and results from the establishment of excessive values for certain property owned by the decedent at the time of his death, and for the other reasons set forth in the claim for refund, Exhibit D. The items of property, the Commissioner's erroneous and excessive valuations, and the correct values are set forth in the claim for refund attached to this complaint as Exhibit D, and are by reference incorporated here.

9. No part of the overpayment of $173,610.99 has been credited, remitted, refunded, or repaid to plaintiff or to her account, and the full amount, together with interest in such amount

from July 31, 2001, remains due and owing from defendant to plaintiff.

10. Plaintiff requests a trial by jury.

WHEREFORE, plaintiff requests judgment in the amount of $173,610.99, together with interest from and after May 29, 2001, and costs, and for such further amount as properly results from the allowance of further deductions for the cost and expenses of this proceeding.

Respectfully submitted by plaintiff through his attorneys.

*Edward DeFranceschi*

EDWARD DEFRANCESCHI, P.C.
Edward DeFranceschi
BBO: 118020
David M. Klemm
BBO: 567356
Jason T. Bell
BBO: 644757
6 Beacon Street, Suite 515
Boston, MA 02108-3802

Telephone:   (617) 723-6068
Facsimile:   (617) 723-4640

Dated: March 26, 2004