# UNITED STATES DISTRICT COURT

District of _Massachusetts_

Estate of John R. Donovan, Jr., deceased;
John R. Donovan, Sr., Executor

V.

United States of America, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04- 10594 DPW

TO: (Name and address of Defendant)

U.S. Attorney General
Department of Justice

Washington D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward De Franceschi
Edward De Franceschi, PC
6 Beacon Street, Suite 515
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

3-26-04

CLERK                                              DATE

(By) DEPUTY

$\triangleleft$AO 440  (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 3/31/04 |
|---|---|
| NAME OF SERVER (PRINT) Jason Bell | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____

☒ Other (specify): _Pursuant to FRCP 4(i)(1)(B), a copy of the Summons and complaint was sent to the Attorney General of the United States by certified mail_

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___3/31/04___
      Date

_Signature of Server_

6 Beacon St, Boston MA 02108
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.