UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

ESTATE OF JOHN R. DONOVAN, JR.,
deceased, JOHN J. DONOVAN, SR.,
executor,

        Plaintiff,

        v.                                            Civ. No. 04-10594 DPW

UNITED STATES OF AMERICA,

        Defendant.

_____

ANSWER

      Comes now the United States of America, by its attorney, Michael J. Sullivan, the United States Attorney for the District of Massachusetts, and answers the plaintiff's complaint as follows:

1. The United States admits the allegations contained in paragraph one of the complaint except it alleges that jurisdiction exists, if at all, pursuant to 28 USC §1346(a)(1) and 26 USC §7422(a).

2. The United States admits that the plaintiff seeks a refund of $191,720.05 in estate taxes and interest. The United States denies the remaining allegations contained in paragraph two of the plaintiff's complaint.

3. The United States admits the allegations contained in paragraph three of the plaintiff's complaint except it alleges the estate tax return was filed with the IRS on April 9, 2000.

4. The United States admits the allegations contained in paragraph four of the plaintiff's complaint except it is without information or knowledge sufficient to form a belief as to the


2

        truth of the allegations as to the dates the payments referred to in paragraph four of the complaint were made.

5.     The United States admits the allegations contained in paragraph five of the complaint except it denies each and every allegation of fact contained in the claim for refund.

6-7.   The United States admits the allegations contained in paragraphs six and seven of its complaint.

8.     The United States admits the allegations contained in the first sentence of paragraph eight of the plaintiff's complaint. The United States denies the remaining allegations contained in paragraph eight of the complaint.

9.     The United States is without information or knowledge sufficient to form a belief as to the truth of the allegation that no part of the $173,610.99 has been credited, remitted, refunded, or repaid to the plaintiff or to her (sic) account. The United States denies the remaining allegations of paragraph nine of the plaintiff's complaint.

3

10. Paragraph ten of the complaint is a demand for a jury trial and thus needs no response.

The United States demands trial by jury.

                        MICHAEL J. SULLIVAN
                        United States Attorney

                        BARBARA HEALY SMITH
                        Assistant United States Attorney

                        _____
                        STEPHEN T. LYONS
                        Senior Trial Attorney
                        Tax Division, CTS Northern Region
                        Department of Justice
                        P.O. Box 55
                        Ben Franklin Station
                        Washington, D.C.  20044
                        (202) 307-6546
                        e-mail: stephen.t.lyons@usdoj.gov

4

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' ANSWER has been made this 21st day of May, 2004, by placing a copy in the United States mail, postage prepaid addressed to:

      Edward DeFranceschi, P.C.
      6 Beacon Street
      Boston, MA 02108-3802

      _____
      STEPHEN T. LYONS
      Senior Trial Attorney
      Tax Division, CTS Northern Region
      Department of Justice
      P.O. Box 55
      Ben Franklin Station
      Washington, D.C. 20044
      (202) 307-6546