UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ESTATE OF JOHN R. DONOVAN, JR.,
deceased; JOHN J. DONOVAN, SR.,
executor,

                    Plaintiff,

        v.                              }   Civil Action No.
                                        }   04-10594-DPW

UNITED STATES OF AMERICA,

                    Defendant.

STIPULATION TO POSTPONE INITIAL SCHEDULING CONFERENCE

By signature of their counsel to this Stipulation, the
parties to this action stipulate that the initial scheduling
conference that is on the calendar for 2:30 P.M. on July 8, 2004
may be postponed until August 17, 2004 at 2:30 P.M.

The parties desire to postpone the initial scheduling
conference on the grounds that defendant's counsel is not able
to attend the initial scheduling conference on July 8, 2004 as
he will be traveling outside of the United States until July 7,
2004.

The parties have checked with the Clerk, who has
represented that, if the court agrees to this Stipulation and

postpones the initial scheduling conference, August 17, 2004 at

2:30 P.M. is a date open on the court's calendar and would be a

suitable date for rescheduling the conference.


By their Attorneys,

FOR THE PLAINTIFF,                         FOR THE DEFENDANT,
EDWARD DEFRANCESCHI, P.C.                   UNITED STATES


s/ Jason Bell                              s/ Stephen T. Lyons
Jason Bell-BBO # 644757                    Stephen T. Lyons
6 Beacon Street, Suite 515                 Department of Justice
Boston, MA 02108-3802                      P.O. Box 55
Telephone:(617) 723-6068                   Washington, DC 20044
                                           Telephone:(202) 307-6546


Dated: June 18, 2004