UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ESTATE OF JOHN R. DONOVAN, JR.,
deceased; JOHN J. DONOVAN, SR.,
executor,

        Plaintiff,

        v.          }  Civil Action No.
            }  04-10594-DPW

UNITED STATES OF AMERICA,

        Defendant.

CERTIFICATION STATEMENT PURSUANT TO LOCAL RULE 16.1(D)(3)

    The plaintiff, ESTATE OF JOHN R. DONOVAN, JR., deceased; JOHN J. DONOVAN, SR., executor, and its counsel submit this certification statement pursuant to LR, D.Mass. 16.1(D)(3) to affirm that they have conferred:

1. With a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR, D.Mass. 16.4.

*[signature]*
Edward DeFranceschi-BBO #118020
Attorney for the Plaintiff
6 Beacon Street, Suite 515
Boston, MA 02108-3802
Telephone: (617) 723-6068

*[signature]*
John J. Donovan, Sr.
Executor, Estate of John
R. Donovan, Jr.,
deceased.

Dated: August 9, 2004