UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

ESTATE OF JOHN R. DONOVAN, JR.,
deceased, JOHN J. DONOVAN, SR.,
executor,


      Plaintiff,

      v.                                    Civ. No. 04-10594 DPW

UNITED STATES OF AMERICA,


      Defendant.

_____

UNITED STATES' MOTION FOR SUMMARY JUDGMENT

Comes now the United States of America, by its attorney, Michael J. Sullivan, the United States Attorney for the District of Massachusetts, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and hereby moves for the entry of summary judgment against the plaintiff and in favor of the United States. The grounds for this motion are set forth in a brief being filed concurrently herewith. Pursuant to this Court's Scheduling Order dated August 17, 2004, and

2

Local Rule 56.1, a Stipulation of Facts for Motion for Summary Judgment has been filed concurrently herewith.

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              BARBARA HEALY SMITH
                              Assistant United States Attorney

                              /s/ stephen t. lyons
                              STEPHEN T. LYONS
                              Senior Trial Attorney
                              Tax Division, CTS Northern Region
                              Department of Justice
                              P.O. Box 55
                              Ben Franklin Station
                              Washington, D.C.  20044
                              (202) 307-6546
                              e-mail: stephen.t.lyons@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' MOTION FOR SUMMARY JUDGMENT has this ____ day of October, 2004, been electronically filed with the Clerk of the District Court using its CM/ECF system.

    /s/ stephen t. lyons
STEPHEN T. LYONS
Senior Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 307-6546