UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTATE OF JOHN R. DONOVAN, JR., deceased; JOHN J. DONOVAN, SR., executor,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | }　Civil Action No.<br>}　04-10594-DPW |

ANSWER TO MOTION FOR SUMMARY JUDGMENT

　　　Plaintiff, Estate of John R. Donovan, Jr., by Edward DeFranceschi and Jason Bell, its attorneys, in answer to the motion for summary judgment of United States of America, defendant, respectfully requests that the court deny the motion, and as grounds for opposition respectfully states:

1.　　There is a genuine dispute between the parties as to the application of the section 7520 tables to the decedent's interest in the nineteen remaining annual lottery payments.

　　　In support of its answer, plaintiff is filing the attached Brief in Opposition of United States' Motion for Summary Judgment. For the reasons stated therein, plaintiff requests that this court deny defendant's motion for summary judgment.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Edward DeFranceschi, PC


　　　　　　　　　　　　　　　　/s/ Edward DeFranceschi
　　　　　　　　　　　　　　　　Edward DeFranceschi, Esq.
　　　　　　　　　　　　　　　　Jason Bell, Esq.
　　　　　　　　　　　　　　　　Attorneys for the Plaintiff
　　　　　　　　　　　　　　　　6 Beacon Street, Ste 515
　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　(617) 723-6068

Dated: November 5, 2004