UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

ESTATE OF JOHN R. DONOVAN, JR.,
deceased, JOHN J. DONOVAN, SR.,
executor,

        Plaintiff,

        v.                        Civ. No. 04-10594 DPW

UNITED STATES OF AMERICA,

        Defendant.

_____

UNITED STATES' MOTION TO RESCHEDULE HEARING
ON ITS MOTION FOR SUMMARY JUDGMENT

      Comes now the United States of America, by its attorney, Michael J. Sullivan, the United States Attorney for the District of Massachusetts, and hereby moves this court to reschedule the hearing on the United States' Motion for Summary Judgment, currently set for March 9, 2005 at 2:30 pm, to March 23, 2005 at 2:30 pm, or if this date is unavailable, to March 30, 2005 at 2:30 pm.  The reason for requesting this change of the motion date is that counsel for the United States is currently scheduled to appear at a settlement conference in Indianapolis, Indiana in

2

another case on March 9, 2005 at 1:30 pm. Counsel for the plaintiff has stated that he has no objection to the granting of this motion.

                    MICHAEL J. SULLIVAN
                    United States Attorney

                    BARBARA HEALY SMITH
                    Assistant United States Attorney

                    /s/ stephen t. lyons
                    STEPHEN T. LYONS
                    Senior Trial Attorney
                    Tax Division, CTS Northern Region
                    Department of Justice
                    P.O. Box 55
                    Ben Franklin Station
                    Washington, D.C.  20044
                    (202) 307-6546
                    e-mail: stephen.t.lyons@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' MOTION TO RESCHEDULE HEARING ON ITS MOTION FOR SUMMARY JUDGMENT has this 3rd day of January, 2005, been electronically filed with the Clerk of the District Court using its CM/ECF system.

    /s/ stephen t. lyons
STEPHEN T. LYONS
Senior Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6546