```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

ESTATE OF JOHN R. DONOVAN, JR.,
Deceased, JOHN J. DONOVAN, SR.,         CIVIL ACTION NO.
Executor,                               04-10594-DPW
      Plaintiff,

v.

UNITED STATES OF AMERICA,
      Defendant.

## JUDGMENT

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order dated April 26, 2005, granting the Defendant's Motion for Summary Judgment, for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the Defendant against the Plaintiff.**


                                        BY THE COURT,

                                        /s/ Michelle Rynne
                                        Deputy Clerk

DATED: April 27, 2005