UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ESTATE OF JOHN R. DONOVAN, JR., Deceased; JOHN
J. DONOVAN, SR., Executor,

        Plaintiff,

        v.                                }    Civil Action No.
                                        }    04-10594-DPW

UNITED STATES OF AMERICA,

        Defendant.

NOTICE OF APPEAL

Notice is hereby given that the Estate of John R. Donovan, Jr., Deceased; John J. Donovan, Sr., Executor, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from an order granting summary judgment to defendant entered in this action on the 26th day of April 2005.

                /s/ Edward DeFranceschi

                _____
                EDWARD DeFRANCESCHI
                Attorney for Plaintiff
                6 Beacon Street, Ste 515
                Boston, MA 02108
                (617) 723-6068

Dated: June 27, 2005

2 Civ. No. 04-10594 DPW

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing NOTICE OF APPEAL was served on counsel for the defendant by mailing the same on June 27, 2005 in a postage paid wrapper addressed as follows:

>Department of Justice
>Tax Division
>Attn: Stephen T. Lyons
>P.O. Box 55
>Ben Franklin Station
>Washington, D.C. 2004

/s/ Edward DeFranceschi
_____
EDWARD DeFRANCESCHI
Edward DeFranceschi, PC
6 Beacon Street, Suite 515
Boston, MA 02108-3802
(617) 723-6068


Dated: June 27, 2005