# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10594

Estate of John R. Donovan, Jr., et al

v.

United States of America

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/28/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 6, 2005.

Sarah A. Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/6/05

/s/ Barclay
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-10594-DPW

Donovan v. United States of America
Assigned to: Judge Douglas P. Woodlock
Cause: 26:7422 IRS: Refund Excise Tax

Date Filed: 03/26/2004
Jury Demand: Both
Nature of Suit: 870 Taxes
Jurisdiction: U.S. Government Defendant

### Plaintiff

**John J. Donovan, Sr.**
*Executor, Estate of John R. Donovan, Jr.*

represented by **David M. Klemm**
Edward DeFranceschi PC
6 Beacon St.
Ste. 515
Boston, MA 02108-3802
617-723-6068
Fax: 617-723-4640
Email: taxlaw@gis.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward DeFranceschi**
Edward DeFranceschi Law Offices
Six Beacon Street
Boston, MA 02108
617-723-6068
Fax: 617-723-4640
Email: taxlaw@gis.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Jason T. Bell**
Edward DeFranceschi, P.C.
6 Beacon Street
Suite 515
Boston, MA 02108
617-723-6068
Fax: 617-723-4640
Email: taxlaw@gis.net
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

V.

**Defendant**

| **United States of America** | represented by | **Stephen T. Lyons**<br>Tax Division<br>PO Box 55, Ben Franklin Station<br>Washington, DC 20044<br>202-307-6546<br>Fax: 202-514-5238<br>Email: stephen.t.lyons@usdoj.gov<br>*ATTORNEY TO BE*<br>*NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2004 | 1 | COMPLAINT against United States of America, Filing fee: $ 150, receipt number 54858, filed by John J. Donovan Sr.(Rynne, Michelle) (Entered: 03/29/2004) |
| 03/26/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter |

|  |  |  |
|---|---|---|
|  |  | will be transmitted to Magistrate Judge Dein. (Rynne, Michelle) (Entered: 03/29/2004) |
| 03/26/2004 | 2 | SUMMONS Returned Executed by John J. Donovan Sr. United States of America served on 3/26/2004, answer due 5/25/2004. (Rynne, Michelle) (Entered: 03/29/2004) |
| 04/01/2004 | 3 | SUMMONS Returned Executed by John J. Donovan Sr. United States of America served on 3/31/2004, answer due 5/31/2004. (Rynne, Michelle) (Entered: 04/05/2004) |
| 05/21/2004 | 4 | ANSWER to Complaint with Jury Demand by United States of America.(Lyons, Stephen) (Entered: 05/21/2004) |
| 05/24/2004 | 5 | NOTICE of Scheduling Conference: Scheduling Conference set for 7/8/2004 at 2:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Greenberg, Rebecca) (Entered: 05/24/2004) |
| 06/18/2004 | 6 | First MOTION to Continue Initial Scheduling Conference to 8/17/2004 by John J. Donovan Sr..(Bell, Jason) (Entered: 06/18/2004) |
| 06/21/2004 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 6First MOTION to Continue Initial Scheduling Conference to 8/17/2004 by John J. Donovan Sr. (Greenberg, Rebecca) (Entered: 06/21/2004) |
| 06/21/2004 |  | Set Deadlines/Hearings: Scheduling Conference set for 8/17/2004 at 2:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Greenberg, Rebecca) (Entered: 06/21/2004) |
| 07/28/2004 | 7 | JOINT STATEMENT re scheduling conference. (DeFranceschi, Edward) (Entered: 07/28/2004) |
| 08/05/2004 | 8 | CERTIFICATE OF CONSULTATION re: LOCAL RULE 16.1(D)(3) by Stephen T. Lyons on behalf of |

| | | |
|---|---|---|
| | | United States of America. (Lyons, Stephen) Modified on 8/6/2004 (Rynne, Michelle). (Entered: 08/05/2004) |
| 08/17/2004 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Scheduling Conference held on 8/17/2004. Schedule set for filing of briefs. See scheduling order for further details. (Court Reporter Pam Owens.) (Greenberg, Rebecca) (Entered: 08/17/2004) |
| 08/17/2004 | 9 | Judge Douglas P. Woodlock : ORDER entered SCHEDULING ORDER:discovery on the threshold issue is to be completed by OCTOBER 22, 2004, unless shortened or enlarged by Order of this Court; a Stipulation on all the facts necessary for the Court to make a determination on the legal issues (valuation method) shall be filed by OCTOBER 22, 2004; motions for summary judgment (re: valuation by IRS table) are to be filed by the United States by OCTOBER 22, 2004, after completion of the necessary discovery and responses are to be filed within fourteen (14) calendar days thereafter pursuant to Local Rule 7.1 and all filings must conform to the requirements of Local Rule 56.1; no reply to be filed; ELECTRONIC FILING: All future submissions in this case are subject to electronic filing and all counsel who choose to appear must make arrangements to register for participation in electronic case filing, if they have not already done so; a further conference or motion hearing date will be set at a later time. (Greenberg, Rebecca)(Greenberg, Rebecca) (Entered: 08/17/2004) |
| 08/24/2004 | 10 | CERTIFICATE OF CONSULTATION by Edward DeFranceschi on behalf of John J. Donovan Sr.. (DeFranceschi, Edward) (Entered: 08/24/2004) |
| 10/22/2004 | 11 | STIPULATION *of Facts for Motion for Summary Judgment* by United States of America. (Lyons, |

| | | |
|---|---|---|
| | | Stephen) (Entered: 10/22/2004) |
| 10/22/2004 | 12 | MOTION for Summary Judgment by United States of America.(Lyons, Stephen) (Entered: 10/22/2004) |
| 10/22/2004 | 13 | MEMORANDUM in Support re 12 MOTION for Summary Judgment filed by United States of America. (Attachments: # 1 Statutes and Regulations# 2 Plaintiff's discovery responses# 3)(Lyons, Stephen) (Entered: 10/22/2004) |
| 11/05/2004 | 14 | Opposition re 12 MOTION for Summary Judgment filed by John J. Donovan Sr.. (DeFranceschi, Edward) (Entered: 11/05/2004) |
| 11/05/2004 | 15 | MEMORANDUM in Opposition re 12 MOTION for Summary Judgment filed by John J. Donovan Sr.. (DeFranceschi, Edward) (Entered: 11/05/2004) |
| 01/03/2005 | | NOTICE of Hearing on Motion 12 MOTION for Summary Judgment: Motion Hearing set for 3/9/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 01/03/2005) |
| 01/03/2005 | 16 | MOTION to Continue Hearing on United States' Motion for Summary Judgment to 03/23/2005 by United States of America.(Lyons, Stephen) (Entered: 01/03/2005) |
| 01/06/2005 | | Judge Douglas P. Woodlock : ElectronicORDER entered granting 16 Motion to Continue: Motion hearing reset to 3/23/05 at 2:30 p.m. (Rynne, Michelle) (Entered: 01/06/2005) |
| 03/23/2005 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Motion Hearing held on 3/23/2005 re 12 MOTION for Summary Judgment filed by United States of America. Taken under advisment. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 03/24/2005) |
| 04/26/2005 | 17 | Judge Douglas P. Woodlock : MEMORANDUM |

| | | |
|---|---|---|
| | | AND ORDER entered granting 12 Motion for Summary Judgment (Woodlock, Douglas) (Entered: 04/26/2005) |
| 04/27/2005 | 18 | Judge Douglas P. Woodlock : ORDER entered. JUDGMENT in favor of defendant against plaintiff. (Rynne, Michelle) (Entered: 04/27/2005) |
| 06/27/2005 | 19 | NOTICE OF APPEAL as to 17 Order on Motion for Summary Judgment by John J. Donovan, Sr. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/18/2005. (DeFranceschi, Edward) (Entered: 06/27/2005) |