# MANDATE

*04-10594*
*Judge Woodlock*
*USDCMA*

# United States Court of Appeals
## For the First Circuit

No. 05-2013

ESTATE OF JOHN R. DONOVAN, JR.,
Deceased, JOHN J. DONOVAN, SR.,
Executor,

Plaintiff - Appellant,

v.

UNITED STATES,

Defendant - Appellee.

## JUDGMENT

Entered: September 28, 2005

Upon consideration of stipulation,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

[signature]
Deputy Clerk
Date: 9/28/05

By the Court:
Richard Cushing Donovan, Clerk

**AMY B. LEDERER**
By: _____
Appeals Attorney

[cc: Stephen Lyons, Annette M. Wietecha, Esq.]